**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
a.guzik@bsnv.law
h.gonzalez@bsnv.law
*Attorneys for Defendant,*
*ALBERTSONS LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| TERRI L. APPLE, an individual, | |
| Plaintiff, | CASE NO.: |
| vs. | |
| ALBERTSONS LLC, a Foreign Limited-Liability Company, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

### DEFENDANT, ALBERTSONS LLC'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)

Defendant, ALBERTSONS LLC, through its attorneys, LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, hereby removes the above-captioned case to the United States District Court, Clark County, Nevada, where the action is now pending, pursuant to 28 USC § 1441(a) and states as follows:

1. The above-entitled action was commenced in the Eighth Judicial District Court, Clark County, State of Nevada on June 9, 2022, bearing Case No. A-22-853834-C. The action is now pending in the Eighth Judicial District Court, Clark County, State of Nevada.

2. Plaintiff filed her initial complaint on or about June 9, 2022. Plaintiff's Complaint fails to state that this case is one which is or has become removable. *See* Harris v. Bankers Life & Cas. Co., 425 F.3d 689 (9th Cir. 2005).

3. Plaintiff served her Complaint on Defendant, Albertsons LLC, on June 14, 2022.

4. Defendant, Albertsons LLC filed an Answer to the initial complaint on June 28, 2022.

5. On June 29, 2022, Plaintiff filed a Request for exemption from arbitration from the Clark County, Nevada Mandatory Arbitration program alleging $82,316.52 in past medical specials and alleging multiple bodily injuries.

6. Pursuant to Fed. R. Civ. P. 6 (a), the last day of the thirty (30) day period set forth under 28 U.S.C. 1446(b) is July 29, 2022. *See* 28 U.S.C. 1446(b), *Harris v. Bankers Life & Cas. Co.*, 425 F.3d 689 (9th Cir. 2005).

7. This action concerns Plaintiff's Complaint, in which she alleged three causes of action: (1) Negligence; (2) Negligent Entrustment; (3) Negligent Hiring, Training, Supervision, and Retention; and (4) Respondeat Superior/Agency Liability.

8. At the commencement of this action and at the time of the filing of this Notice of Removal, Plaintiff, TERRI L. APPLE was, and now is, a citizen of the Beverly Hills, California.

9. At the commencement of this action and at all times herein, Defendant, Albertsons LLC, was, and now is, a limited liability company duly organized and existing under the laws of the State of Delaware with its principal place of business in Boise, Idaho, and therefore, is a citizen of the State of Delaware and Idaho.

10. A limited liability company is a citizen of every state in which its members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Where removal from state to federal court is at issue, the party seeking removal "bears the burden of establishing federal jurisdiction . . . ." *Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).

11. Defendant, Albertsons LLC's sole managing member is Albertson's Companies, Inc.

12. Albertson's Companies, Inc., is a corporation organized under the laws of the State of Delaware with its principal place of business in Boise, Idaho. *See,* **Exhibit A**.

13. Corporations are citizens of any State in which they are incorporated or have their principal place of business. *Id.;* 28 U.S.C. § 1332(c)(1).

14. Thus, Albertson's Companies, Inc., is a citizen of the State of Delaware and Idaho.

15. Therefore, for diversity purposes, Albertsons LLC, is a citizen of the State of Delaware and Idaho.

16. Documents showing that Albertson's Companies, Inc., was organized under the laws of the State of Delaware with its principal place of business in Boise, Idaho are attached as **Exhibit A**.

17. DOES I through X, and ROE CORPORATIONS I through X, are named and sued fictitiously and their citizenship is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction. 28 U.S.C. § 1441(a).

18. Upon information and belief, Plaintiff, TERRI L. APPLE's past medical special damages are Eighty-Two Thousand, Three Hundred and Sixteen Dollars & 52/100 ($82,316.52) with an undetermined amount of other damages. As a result, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

19. The United States District Court for the District of Nevada has original jurisdiction pursuant to 28 U.S.C. § 1332 in that the parties are citizens of different States and the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interests and costs.

20. Accordingly, Plaintiff's Complaint is removed pursuant to 28 U.S.C. 1441, which provides that a defendant may remove a case over which the federal court has original jurisdiction.

21. A copy of all process and pleadings served upon Defendant, Albertsons LLC are attached hereto as *Exhibit B*.

WHEREFORE, Defendant, Albertsons LLC—a citizen of Delaware and Idaho—respectfully requests that this action proceed in the United States District Court for the District of Nevada as an action properly removed to it under the diversity of citizenship statute.

DATED this 18th day of July 2022.

**BRANDON | SMERBER LAW FIRM**

 /s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No.: 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No.: 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS LLC*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on July 18, 2022, I served the foregoing **DEFENDANT, ALBERTSONS LLC' S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)** via the Court's electronic filing and service systems to all parties on the current service list.

**KEVIN M. HANRATTY ESQ.**
Nevada Bar No. 007734
**HANRATTY LAW GROUP**
1815 Village Center Circle, Suite 140
Las Vegas, NV 89134
(702) 821-1379
Facsimile (702) 870-1846
kevinh@hanrattylawgroup.com
*Attorneys for Plaintiff,*
*TERRI L. APPLE*

/s/ Maybelline Valle
An Employee of BRANDON | SMERBER LAW FIRM