LEW BRANDON, JR., ESQ.
Nevada Bar No.: 5880
**RYAN VENCI, ESQ.**
Nevada Bar No.: 7547
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
*Attorneys for Defendant,*
*ALBERTSONS LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TERRI L. APPLE, an individual, | CASE NO.: 2:22-cv-01140-JCM-EJY |
| Plaintiff, | |
| vs. | |
| ALBERTSONS LLC, a Foreign Limited-Liability Company, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSONS LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and RYAN VENCI, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, THE ALBERTSONS LLC, and Plaintiff, TERRI L. APPLE, by and through KEVIN M. HANRATTY, ESQ., of HANRATTY LAW GROUP, as follows:

That Defendant, ALBERTSONS LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

/ / /

/ / /

Page 1 of 3

*Terri L. Apple v. Albertsons LLC*
*Case No. 2:22-cv-01140-JCM-EJY*

IT IS FURTHER STIPULATED AND AGREED TO vacate the following dates from Court's calendar:

1. Jury Trial – February 10, 2025 at 9:00 a.m.; and
2. Calendar Call – February 5, 2025 at 1:30 p.m.; and

DATED this 16th day of August, 2024.        DATED this 4th day of September, 2024.

**BRANDON | SMERBER LAW FIRM**                **HANRATTY LAW GROUP**

/s/ Lew Brandon, Jr. Esq.

**LEW BRANDON, JR., ESQ.**                    **KEVIN M. HANRATTY ESQ.**
Nevada Bar No. 5880                            Nevada Bar No. 007734
**RYAN VENCI, ESQ.**                           1815 Village Center Circle, Suite 140
Nevada Bar No.: 7547                           Las Vegas, NV 89134
139 East Warm Springs                          (702) 821-1379
Las Vegas, Nevada 89119                        *Attorneys for Plaintiff,*
*Attorneys for Defendant,*                     *TERRI L. APPLE*
*THE VONS COMPANIES, INC.*

IT IS SO ORDERED that Defendant, ALBERTSONS LLC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

///
///
///
///
///
///
///

*Terri L. Apple v. Albertsons LLC*
*Case No. 2:22-cv-01140-JCM-EJY*

**IT IS FURTHER ORDERED** that the Court shall vacate the following dates/times from its calendar:

| | | |
|---|---|---|
| **Jury Trial** | February 10, 2025 | 9:00 a.m. |
| **Calendar Call** | February 5, 2025 | 1:30 p.m. |

DATED September 19, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No.: 7547
139 East Warm Springs
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*